19MAG2695

ORIGINAL

Approved: _Courtney Heavey_
COURTNEY HEAVEY
Assistant United States Attorney

Before: THE HONORABLE JAMES L. COTT
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - X
                                  :  **SEALED COMPLAINT**
UNITED STATES OF AMERICA          :
                                  :  Violations of 18 U.S.C.
    - v. -                        :  §§ 751(a) and 4082(a)
                                  :
CRAIG SAUNDERS,                   :  COUNTY OF OFFENSE:
                                  :  BRONX
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

FREDERICK PORCARO, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service ("USMS"), and charges as follows:

**COUNT ONE**
(Escape)

1. On or about March 13, 2019, in the Southern District of New York, CRAIG SAUNDERS, the defendant, knowingly did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge, and magistrate judge, and from the custody of an officer and employee of the United States pursuant to lawful arrest, which custody and confinement was by virtue of a conviction of an offense, to wit, SAUNDERS, while in the custody of the Bronx Residential Re-Entry Center ("Bronx RRC") located at 2532-2534 Creston Avenue in the Bronx, New York, following a conviction in the United States District Court for the Southern District of New York for unlawful possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and (2), left the Bronx RRC without authorization and failed to return.

(Title 18, United States Code, Sections 751(a) and 4082(a).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Deputy United States Marshal with the USMS and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, as well as on my conversations with other law enforcement officers and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts I have learned during the investigation. Where the contents of documents or the actions, statements, or conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my review of documents and reports from the Department of Justice, the Federal Bureau of Prisons ("BOP"), and the Bronx RRC, I have learned, among other things, the following:

a. CRAIG SAUNDERS, the defendant, was convicted in the United States District Court for the Southern District of New York, 17 CR. 00032 (VB) of unlawful possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and (2). In connection with that conviction, on or about June 22, 2017, the Honorable Vincent L. Briccetti, United States District Judge for the Southern District of New York, sentenced SAUNDERS to a term of 21 months' imprisonment to be served in the custody of the BOP, and a three-year term of supervised release. Judge Briccetti ordered that SAUNDERS' sentence would run consecutively to the undischarged term of imprisonment that SAUNDERS was then serving for revocation of his New York State parole.

b. On or about October 23, 2017, SAUNDERS began serving his 21 month term of imprisonment pursuant to the sentence Judge Briccetti imposed on or about June 22, 2017.

c. On or about February 26, 2019, SAUNDERS was transferred from the Federal Correctional Institution, Hazelton, West Virginia to the Bronx RRC to serve the remainder of his sentence. The Bronx RRC is a BOP facility.

d. On or about March 13, 2019 at approximately 12:34 p.m., SAUNDERS left the Bronx RRC after his urinanalysis

tested positive. SAUNDERS was not authorized to leave the Bronx RRC and he has not returned since that date.

WHEREFORE, the deponent respectfully requests that a warrant issue for the arrest of CRAIG SAUNDERS, the defendant, and that he be arrested and imprisoned, or bailed, as the case may be.

_____
FREDERICK PORCARO
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
19th day of March, 2019

_____
THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3