USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 4 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

      - v. - :

CRAIG SAUNDERS, :

      Defendant. :

- - - - - - - - - - - - - - - X

INFORMATION

19 Cr.

**19 CRIM 408**

## COUNT ONE

### (Escape)

The United States Attorney charges:

1. On or about March 13, 2019, in the Southern District of New York, CRAIG SAUNDERS, the defendant, knowingly did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge, and magistrate judge, and from the custody of an officer and employee of the United States pursuant to lawful arrest, which custody and confinement was by virtue of a felony arrest and conviction, to wit, SAUNDERS, while in the custody of the Bronx Residential Re-Entry Center ("Bronx RRC") in the Bronx, New York, following a conviction in the United States District Court for the Southern District of New York for unlawful possession of

a firearm, in violation of 18 U.S.C. § 922(g)(1), and left the Bronx RRC without authorization and failed to return.

(Title 18, United States Code, Sections 751(a) and 4082(a).)

_____          *Geoffrey S. Berman*
FOREPERSON                              GEOFFREY S. BERMAN
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**CRAIG SAUNDERS,**

**Defendant.**

---

**INFORMATION**

19 Cr.

(18 U.S.C. §§ 751(a) and 4082(a).)

GEOFFREY S. BERMAN
United States Attorney

---